PETER R. DION-KINDEM (SBN 95267)
PETER R. DION-KINDEM, P. C.
DION-KINDEM & CROCKETT
21271 Burbank Blvd., Suite 100
Woodland Hills, CA 91367
Telephone:     (818) 883-4400
Fax:           (818) 676-0246
Email: peter@dkclaw.com

Attorneys for Plaintiff Barry Rosen

BRIAN P. MOQUIN (SBN 257583)
LAW OFFICES OF BRIAN P. MOQUIN
3506 La Castellet Court
San Jose, California 95148
Telephone:     408.300.0022
Fax:           408.843.1678
Email: bmoquin@lawprism.com

Attorney for Defendants
KEVIN MARTIN and
PIECE OF THE PAST, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Barry Rosen,<br><br>           Plaintiff,<br><br>    v.<br><br>Samuel K. "Kevin" Martin aka Kevin Martin, Piece of the Past, Inc., and Does 1 through 10,<br><br>           Defendants. | Case No. CV12-00657 ABC (FMOx)<br><br>**JOINT RULE 26 CONFERENCE REPORT** |

       Pursuant to Federal Rule of Civil Procedure 26(f), Local Rule 26-1, and this Court's standing order, Plaintiff Barry Rosen ("Rosen") and Defendants Kevin Martin and Piece of The Past, Inc. jointly submit this Report.

**1.     Subjects Discussed Pursuant To Federal Rule of Civil Procedure 26(f).**

       The parties agreed that the time for the exchange of Rule 26(a)(1) disclosures will be

May 7, 2012.

The parties' preliminary assessment is that discovery may be required on, but not limited to, the allegations in the complaint, evidence of the copyrights allegedly infringed, the basis of Rosen's direct and secondary liability claims, and the basis for any of Defendants' defenses and counterclaims. The parties reserve the right to object to such discovery.

Both parties have implemented measures to preserve discoverable information and agree to take reasonable steps to preserve whatever relevant information they may have, including metadata.

The parties' proposed fact and expert discovery cut-off is set forth below. The parties do not anticipate phasing of discovery.

The parties agree that upon production of documents and electronic discovery, if privileged information is inadvertently produced, the parties will abide by the procedure enumerated in Federal Rule of Civil Procedure 26(b)(5)(B) for the return of those privileged documents.

The parties agree that they will produce electronically stored information in electronic format including in single-page TIFF or .pdf format for most documents. All documents produced in this action (whether hard copy or electronic) shall bear Bates numbers.

The parties agree that no privileged communications or work product documents created after the filing of this lawsuit need to be listed on a privilege log, however, except for a designation of the category of documents, e.g., correspondence between client and counsel.

As allowed by Federal Rule of Civil Procedure 5(b)(2)(E), the parties agree to accept documents by e-mail service, such that transmission of a document to the e-mail addresses listed below (subject to modification of the lists at any time by the parties by way of an e-mail notice) shall qualify and be calculated as personal service on the date transmitted (while voluminous exhibits to any documents served by e-mail may be sent by overnight delivery to the office of opposing counsel if referenced in the e-mail, and shall still receive the benefit of service on the date of transmission of the e-mail):

    A.    For Plaintiff:  peter@dkclaw.com

    B.    For Defendants:  bmoquin@lawprism.com

**JOINT RULE 26 CONFERENCE REPORT**

The parties do not believe that any other changes should be made at this time to the limitations on discovery imposed by the Federal rules.

**2.      Subjects Discussed Pursuant To Local Rule 26-1.**

Local Rule 26-1 requires the parties to discuss and report to the Court on certain additional issues. The parties report to the Court as follows:

A.      **Complex Cases:**  The parties agree that this case is not unusually complex and that resort to the Manual for Complex Litigation is unnecessary.

B.      **Motion Schedule:**  Rosen's initial assessment, based on information currently available to him, is that he intends to bring a motion for summary judgment and/or adjudication.

C.      **Settlement:**  See below.

D.      **Trial Estimate:**  See below.

E.      **Additional Parties:** The parties do not anticipate the appearance of any additional parties. Defendants anticipate filing a counterclaim against Rosen.

F.      **Expert Witnesses:** The parties propose that expert disclosures, including initial expert reports, be exchanged as set forth below.

G.      **Jurisdiction:**  The Parties agree that this action arises under the Copyright Act, 17 U.S.C. § 101 *et seq*. and that this Court has original subject matter jurisdiction over all claims pursuant to 28 U.S.C. §§ 1331 and 1338(a).

H.      **Discovery Cut-Off**: The parties propose that discovery be cut-off as set forth below.

I.      **Trial Matters**:  The parties propose that the Final Pre-Trial Conference and Trial be scheduled as set forth below.  The parties estimate that the jury trial will last two to three days.

J.      **Anticipated Problems**:  The parties do not anticipate any major procedural or evidentiary problems.

K.      **Settlement**:  The parties remain open to settlement, but initial settlement discussions have not resulted in any acceptable proposals.  Pursuant to Local Rule 16-15, the parties propose a mandatory settlement proceeding before a magistrate judge.

**JOINT RULE 26 CONFERENCE REPORT**

3. **Proposed Dates.**

| Event | Proposed Date |
|---|---|
| Last day to add parties | July 31, 2012 |
| Fact discovery cut-off | January 15, 2013 |
| Expert disclosure | December 1, 2012 |
| Expert rebuttal disclosure | January 30, 2013 |
| Expert discovery cut-off | March 10, 2013 |
| Motion cut-off | March 15, 2013 |
| Mandatory Settlement Proceeding | February 15, 2013 |
| Pre-trial Conference | March 25, 2013 |
| Trial | April 8, 2013 |

Dated: April 30, 2012           DION-KINDEM & CROCKETT

By: /s Peter R. Dion-Kindem
    Peter R. Dion-Kindem, P.C.
    Peter R. Dion-Kindem
    Attorneys for Plaintiff Barry Rosen

Dated: April 30, 2012           LAW OFFICES OF BRIAN P. MOQUIN

By: /s/ BRIAN P MOQUIN
    Brian P. Moquin
    Attorneys for Defendants
    Kevin Martin and
    Piece of The Past, Inc.

**JOINT RULE 26 CONFERENCE REPORT**