FILED
CLERK, U.S. DISTRICT COURT

MAY 1 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: ___JM___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN,<br><br>                Plaintiff,<br><br>    v.<br><br>SAMUEL K. "KEVIN" MARTIN, aka KEVIN MARTIN, PIECE OF THE PAST, INC., et al.,<br>                Defendants. | Case No. CV 12-657 FFM<br><br>**REDACTED**<br>**SPECIAL VERDICT FORM** |

# SPECIAL VERDICT

We, the jury, answer the questions submitted to us as follows:

## ANNA KOURNIKOVA PHOTOGRAPH

1. Did Plaintiff Barry Rosen prove by a preponderance of the evidence that Defendants willfully infringed Plaintiff Barry Rosen's photograph of Anna Kournikova?

    ☑ Yes  ☐ No

2. If your answer to Question 1 was "Yes," what amount of statutory damages between $750 and $150,000 do you award Plaintiff Barry Rosen against Defendants for this infringement?

    $ 1,000.00

If you have answered this question, skip to Question 6.

3. If your answer to Question 1 was "No," did Defendants prove by a preponderance of the evidence that they innocently infringed Plaintiff Barry Rosen's photograph of Anna Kournikova?

    ☐ Yes  ☐ No

4. If your answer to Question 1 was "No" and your answer to Question 3 was "Yes," what amount of statutory damages between $200 and $30,000 do you award Plaintiff Barry Rosen against Defendants for this infringement?

$ _____

If you have answered this question, skip to Question 6.

5. If your answers to Question 1 and 3 were both "No," what amount of statutory damages between $750 and $30,000 do you award Plaintiff Barry Rosen against Defendants for this infringement?

$ _____

### DAISY FUENTES PHOTOGRAPH NO. 1 (Exhibit 23)

6. Did Plaintiff Barry Rosen prove by a preponderance of the evidence that Defendants willfully infringed Plaintiff Barry Rosen's Photograph No. 1 of Daisy Fuentes?

☑ Yes     ☐ No

7. If your answer to Question 6 was "Yes," what amount of statutory damages between $750 and $150,000 do you award Plaintiff Barry Rosen against Defendants for this infringement?

$ 3,000.00

If you have answered this question, skip to Question 11.

8. If your answer to Question 6 was "No," did Defendants prove by a preponderance of the evidence that they innocently infringed Plaintiff Barry Rosen's Photograph No. 1 of Daisy Fuentes?

❑ Yes           ❑ No

9. If your answer to Question 6 was "No," and your answer to Question 8 was "Yes," what amount of statutory damages between $200 and $30,000 do you award Plaintiff Barry Rosen against Defendants for this infringement?

$_____

If you have answered this question, skip to Question 11.

10. If your answers to Questions 6 and 8 were both "No," what amount of statutory damages between $750 and $30,000 do you award Plaintiff Barry Rosen against Defendants for this infringement?

$_____

### DAISY FUENTES PHOTOGRAPH NO. 2 (Exhibit 26)

11. Did Plaintiff Barry Rosen prove by a preponderance of the evidence that Defendants willfully infringed Plaintiff Barry Rosen's Photograph No. 2 of Daisy Fuentes?

☑ Yes           ❑ No

12. If your answer to Question 11 was "Yes," what amount of statutory damages between $750 and $150,000 do you award Plaintiff Barry Rosen against Defendants for this infringement?

$ 3,000.00

If you have answered this question, skip to Question 16.

13. If your answer to Question 11 was "No," did Defendants prove by a preponderance of the evidence that they innocently infringed Plaintiff Barry Rosen's Photograph No. 2 of Daisy Fuentes?

❏ Yes    ❏ No

14. If your answer to Question 11 was "No" and your answer to Question 13 was "Yes," what amount of statutory damages between $200 and $30,000 do you award Plaintiff Barry Rosen against Defendants for this infringement?

$ _____

If you have answered this question, skip to Question 16.

15. If your answers to Questions 11 and 13 were both "No," what amount of statutory damages between $750 and $30,000 do you award Plaintiff Barry Rosen against Defendants for this infringement?

$ _____

## ALI LANDRY PHOTOGRAPH

16. Did Plaintiff Barry Rosen prove by a preponderance of the evidence that Defendants willfully infringed Plaintiff Barry Rosen's photograph of Ali Landry?

☑ Yes    ☐ No

17. If your answer to Question 16 was "Yes," what amount of statutory damages between $750 and $150,000 do you award Plaintiff Barry Rosen against Defendants for this infringement?

$ 1,000.00

If you have answered this question, skip to the end and have the Presiding Juror sign and date this form.

18. If your answer to Question 16 was "No," did Defendants prove by a preponderance of the evidence that they innocently infringed Plaintiff Barry Rosen's photograph of Ali Landry?

☐ Yes    ☐ No

19. If your answer to Question 16 was "No" and your answer to Question 18 was "Yes," what amount of statutory damages between $200 and $30,000 do you award Plaintiff Barry Rosen against Defendants for this infringement?

$ _____

If you have answered this question, skip to the end and have the Presiding Juror sign and date this form.

20. If your answers to Question 16 and 18 were both "No," what amount of statutory damages between $750 and $30,000 do you award Plaintiff Barry Rosen against Defendants for this infringement?

$ _____

Have the Presiding Juror sign and date this form below.

DATED: 5/01/14           SIGNED: ███████████████
                                 Presiding Juror