JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN<br><br>PLAINTIFF(S),<br>v.<br>SAMUEL K MARTIN et al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 12-00657 FFM<br><br>JUDGMENT ON THE VERDICT<br>FOR PLAINTIFF(S) |

This action having been tried before the Court sitting with a jury, the Honorable Frederick F. Mumm, U.S. Magistrate Judge;  the issues having been duly tried and the jury having duly rendered its verdict.

Dated: May 2, 2014

CLERK, U.S. DISTRICT COURT

/s/ James Muñoz, Deputy Clerk

CV-49

(11/96)    JUDGMENT ON THE VERDICT FOR PLAINTIFF(S)