UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN,<br><br>        Plaintiff,<br><br>        v.<br><br>SAMUEL K. "KEVIN" MARTIN, aka KEVIN MARTIN, et al.,<br><br>        Defendants. | No. CV 12-657 FFM<br><br>JUDGMENT |

      This action came on regularly for trial on April 29, 2014, in Courtroom 4 of the Central District of California, the Honorable Frederick F. Mumm, Magistrate Judge Presiding. Plaintiff Barry Rosen appeared by attorney Peter R. Dion-Kindem. Defendants Samuel K. "Kevin" Martin aka Kevin Martin and Piece of the Past, Inc. appeared by attorney Brian P. Moquin.

      A jury of eight persons was regularly impaneled and sworn and acknowledged and agreed to try the cause. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a special verdict. The jury deliberated and thereafter returned to court with its special verdict awarding plaintiff $8,000 in damages against Defendants.

/ / /

/ / /

1     It appearing by reason of said special verdict that Plaintiff Barry Rosen is entitled to judgment against Defendants Samuel K. Martin and Piece of the Past, Inc.,

    NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Barry Rosen recover from Defendants Samuel K. Martin and Piece of the Past, Inc., jointly and severally, damages in the sum of $8,000.00, with interest thereon at the statutory rate from the date of the verdict until paid together with costs and disbursements in the sum of $_____ (to be determined by cost memorandum, less adjustments ordered by the Court, if any), and attorney's fees in the sum of $166,327.00.

DATED: July 10, 2014

                                    /S/ FREDERICK F. MUMM
                                      FREDERICK F. MUMM
                                 United States Magistrate Judge